UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| BRYAN K. MAYFIELD,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF SOCIAL SECURITY<br><br>　　　　　　　　Defendant. | No. 3:14-cv-03596 LB<br><br>**JUDGMENT** |

On June 12, 2015, the court denied Mr. Mayfield's motion for summary judgment and granted the Commissioner's cross-motion for summary judgment. (Summary Judgment Order, ECF No. 19.) Pursuant to Federal Rule of Civil Procedure 58, the court hereby enters judgment in favor of Defendant and against Plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: June 12, 2015

_____
LAUREL BEELER
United States Magistrate Judge

C 12-1835
JUDGMENT